PROB 12
REVISED (05/90)

**UNITED STATES DISTRICT COURT**
**for**

FILED BY _____ D.C.

**WESTERN DISTRICT OF TENNESSEE**

05 SEP -9 PM 3:52

**WESTERN DIVISION**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ?? MEMPHIS

**U.S.A. vs. Andre'l Roby**

**Docket No.2:02CR20473-03**

## Petition on Probation and Supervised Release

      **COMES NOW** DAWN L. BROWN , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Andre'l Roby, who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, Tennessee , on the 8th day of October , 2003, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court.

1. The defendant shall participate as directed in a program (outpatient and or inpatient) approved by the Probation Officer for testing and treatment of narcotic addiction or drug dependency. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer.

\*     Supervision began: May 24, 2005

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CASE AS FOLLOWS:**

**SEE ATTACHED**

**PRAYING THAT THE COURT WILL ORDER** a WARRANT be issued for Andre'l Roby to appear before the United States District Court to answer charges of violation of Supervised Release.

**BOND:** _____

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered _9th_ day of _September_ , 2005 and ordered filed and made a part of the records in the above case. | Executed on _September 2, 2005_ |
| United States District Judge | United States Probation Officer |
| | Place:  Memphis, TN 38103 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9/12/05_

224

RE:  **Andre'l Roby**
     **Docket Number:2:02CR20473-03**
     **Page 2**


## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**The Defendant Has Violated The Following Conditions Of His Supervision.**


**The defendant shall not illegally possess a controlled substance.**

Andre'l Roby submitted a voluntary admission for the use of Cocaine and Marijuana on June 15, 2005.  Mr. Roby tested positive for the use of Cocaine and Marijuana on July 6, 2005.  He voluntarily admitted to the use of Marijuana on August 29, 2005.

**The defendant shall participate in drug treatment/testing as directed by Probation Officer.**

On June 15, 2005, Mr. Roby  was referred to the Alcohol and Chemical Abuse Rehab Center (ACAR) for drug treatment.  Mr. Roby  failed to attend counseling sessions on June 23 and June 29, 2005 as well as July 28, 2005. He also failed to submit to drug screening on seven (7) occasions between June 20 and August 22, 2005. On August 2, 2005, Mr.  Roby was discharged from treatment at ACAR due to  non-compliance.

# VIOLATION WORKSHEET

1. **Defendant**    Andre'l Roby ( Last Reported Address: 255 North Lauderdale, No. 706, Memphis, TN 38105)

2. **Docket Number (Year-Sequence-Defendant No.)**    2:02CR20473-03

3. **District/Office**    Western District of Tennessee (Memphis)

4. **Original Sentence Date**    <u>10</u> / <u>08</u> / <u>2003</u>

        month    day    year

(If different than above):

5. **Original District/Office** _____

6. **Original Docket Number (Year-Sequence-Defendant No.)** _____

7. **List each violation and determine the applicable grade {see §7B1.1}:**

| Violation(s) | Grade |
|---|---|
| • Illegally possessed/used of a controlled substance | B |
| • Failure to participate in drug treatment/testing | C |
| • | |
| • | |
| • | |
| • | |
| • | |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b))    B

9. Criminal History Category (see §7B1.4(a))74    II

10. Range of imprisonment (see §7B1.4(a))    | 6 - 12   months |

     **\*Being originally convicted of a Class B Felony, the statutory maximum term of imprisonment is three (3) years; 18 USC §3583(e)(3).**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

     {x }    (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

     { }    (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

     { }    (c)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

        **Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W**
              **Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

**Defendant** _____Andre'l Roby_____

12.    Unsatisfied Conditions of Original Sentence

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____N/A_____     Community Confinement _____N/A_____

Fine ($) _____N/A_____          Home Detention _____N/A_____

Other _____N/A_____            Intermittent Confinement ____N/A_____

13.    Supervised Release

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

14.    Departure

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.    Official Detention Adjustment {see §7B1.3(e)}: _____ months _____ days

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit`**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 224 in case 2:02-CR-20473 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice McCalla Donald
US DISTRICT COURT