# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

vs.                         CR. NO. 02-20473-D

ANDRE ROBY
        Defendant.

## ORDER HOLDING FOR FINAL REVOCATION HEARING

On September 21, 2005, the defendant, Andre Roby, appeared before me on a charge of violation of the terms and conditions of his/her supervised release in this matter.

At this hearing, counsel indicated that the defendant Andre Roby wished to waive his right to a preliminary hearing and have this matter held over to the United States District Court.

Accordingly, the defendant is held to a final revocation hearing before United States District Judge Bernice Donald. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

ENTERED this 21st day of September, 2005.

                                     DIANE K. VESCOVO
                                     UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 233 in case 2:02-CR-20473 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Honorable Bernice☐McCalla Donald
US DISTRICT COURT