IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

FILED BY /D___ D.C.

05 OCT 18 PM 6:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         No.: 02-20473-D

ANDRE ROBY,

    Defendant.

## ORDER ON DEFENDANT ANDRE ROBY
## MOTION TO CONTINUE OF SUPERVISED RELEASE VIOLATION HEARING

This matter came to be heard upon the Motion of the defendant Andre Roby for a continuance of the supervised release violation hearing. The Court finds that this motion is well taken and should be granted, and this matter should set for supervised release violation hearing on _November 7, 2005 @ 8:45 a.m._.

IT IS SO ORDERED, this _13th_ day of _October_, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-24-05_

238

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 238 in case 2:02-CR-20473 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice McCalla Donald
US DISTRICT COURT