AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:02-cr-20473-JPM   Document 243   Filed 11/14/05   Page 1 of 2   PageID 219

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 NOV 14 PM 12:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

ANDRE'L ROBY
    Defendant.

Case Number 2:02CR20473-03-D

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Andre'L Roby, was represented by Marty B. McAfee, Esq.

It appearing that the defendant, who was convicted on October 8, 2003, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seven (7) months**.

Furthermore, no additional supervised release shall be imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the __14__ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 10/23/1980
U.S. Marshal No.: 18757-076
Defendant's Mailing Address: 255 N. Lauderdale, #706, Memphis, TN 38105

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 243 in case 2:02-CR-20473 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice McCalla Donald
US DISTRICT COURT